IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CELESTIA DIANE MIXON,<br><br>Defendant. | CR 07-135-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Supervising Probation Officer's Request for Early Termination Supervised Release (attached as Exhibit A), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Celestia Mixon's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 25th day of October, 2022.

_____
SUSAN P. WATTERS
United States District Judge



# United States Probation
# District of Montana

BRIAN FARREN  
CHIEF PROBATION OFFICER

JERROD AKINS  
DEPUTY CHIEF PROBATION OFFICER

October 17, 2022

The Honorable Susan P. Waters  
United States District Judge  
James F. Battin Federal Courthouse  
2601 2nd Avenue North  
Billings, MT 59101

Re: **Celestia Diane Mixon, Docket No.: CR-07-135-BLG-RFC-02**  
**Request for Early Termination of Supervised Release**

Dear Judge Waters,

Celestia Diane Mixon appeared for sentencing on January 16, 2009, before Chief United States District Judge Richard F. Cebull, after previously entering a plea of guilty to the offense of Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846; and Count 4: Possession/Use or Carrying of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C § 924(c). She was subsequently committed to the Bureau of Prisons for 120 months on Count 1 and 60 months on Count 4, to run consecutively for a total of 180 months. Her sentence of imprisonment was to be followed by five years of supervised release on each count to run concurrently, for a total of five years. Her term of supervised release commenced on October 11, 2019.

Ms. Mixon has now completed three years of her five-year term of supervised release. She was first incarcerated for the instant offense on September 26, 2007, at the age of 20 and remained incarcerated until October 11, 2019, at the age of 32. Since her release from custody, Ms. Mixon has demonstrated a sincere commitment to abiding by the conditions of supervised release imposed by the Court. Her only non-compliance to date is a dilute UA submitted on January 27, 2020, and an alcohol violation on April 29, 2021, in which she admitted consuming a few glasses of wine.

Ms. Mixon has maintained full time employment since November 11, 2019, working as a delivery driver for UPS in Polson, Montana. Contact with her employer has indicated she is a very dependable employee. She has also purchased her own home and proven herself to be very financially responsible. Ms. Mixon continues to participate in mental health counseling to this day and her therapist supports her consideration for early termination. She has established a strong, pro-social support network which includes her family, her co-workers, and her therapist.

Russell E. Smith Courthouse  
P.O. Box 7675  
201 East Broadway  
Missoula, MT 59807  
Phone: 406-542-7100  
Fax: 406-542-7119  
www.mtp.uscourts.gov

Exhibit A

Furthermore, Ms. Mixon has shown significant insight into her past criminal behaviors and has taken many steps to mitigate the risk of returning to her past lifestyle.

It is therefore respectfully requested that the Court consider an early termination to Ms. Mixon's term of supervised release. Attached to this letter you will find a statement from Ms. Mixon, as well as a Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date, should the Court agree with this recommendation. Lori Suek with the United States Attorney's Office has been contacted and advised the government does not object to this request.

Respectfully submitted,

*[signature]*

Tucker Hood
United States Probation Officer

Reviewed by:

*Derek Hart*

Derek Hart
Supervising United States Probation Officer

Russell E. Smith Courthouse
P.O. Box 7675
201 East Broadway
Missoula, MT 59807
Phone: 406-542-7100
Fax: 406-542-7119
www.mtp.uscourts.gov